IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER, | 1:07-CV-0114 AWI WMW (PC) |
| Plaintiff, | |
| vs. | ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| W. J. SULLIVAN, et al., | (Document #8) |
| Defendants. / | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On May 15, 2007, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis on March 12, 2007, IT IS HEREBY ORDERED THAT plaintiff's application of May 15, 2007, is DISREGARDED as moot.

IT IS SO ORDERED.

**Dated:   June 13, 2007**              /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE