IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE LEE CARPENTER,

      Plaintiff,                     1:07 CV 0114 AWI  WMW   PC

  vs.                                 ORDER FINDING COMPLAINT
                                       STATES A COLORABLE CLAIM
                                       AND DIRECTING PLAINTIFF
                                       TO COMPLETE USM 285 FORMS

W. J. SULLIVAN, et al.,

      Defendants.

      Plaintiff  is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on January 22, 2007.  The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against Defendants Litton, Gonzales, Barajas and Ortiz for excessive force on June 6, 2004.  Plaintiff appears to state a cognizable claim against Defendant Pfeil for excessive force on January 20, 2005.  Plaintiff appears to state a cognizable claim against Defendants Sullivan, Evans and Carrasco for failure to protect, all in violation of the Eighth Amendment.   Accordingly, it is HEREBY ORDERED that:

      1.      Service is appropriate for the following defendants:

1           WARDEN W. J SULLIVAN
2           CHIEF DEPUTY WARDEN EVANS
3           CORRECTIONAL OFFICER (C/O) J. GONZALEZ
4           C/O J. BARAJAS
5           C/O M. ORTIZ
6           SERGEANT A. PFEIL
7           CAPTAIN M. CARRASCO

2.    The Clerk of the Court shall send to plaintiff seven USM-285 forms, seven summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed January 22, 2007.

3.    Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a.    Completed summons;

    b.    One completed USM-285 form for each defendant listed above; and

    c.    Eight copies of the endorsed complaint filed January 20, 2007.

4.    Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   November 19, 2008**              /s/  William M. Wunderlich
                                         UNITED STATES MAGISTRATE JUDGE