IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE LEE CARPENTER,

    Plaintiff,             1: 07 CV 0114 AWI WMW PC

   vs.                      ORDER

W. J. SULLIVAN, et al.,

    Defendants.

On February 11, 2009, an order was entered, directing Plaintiff to inform the court whether he intends to proceed on the September 17, 2008, first amended complaint, or file an amended complaint. On March 9, 2009, Plaintiff filed a response, indicating that he intends to proceed on the September 17, 2008, first amended complaint.

Accordingly, IT IS HEREBY ORDERED that this action proceeds on the September 17, 2008, first amended complaint.

IT IS SO ORDERED.

**Dated:   April 7, 2009**                    /s/ William M. Wunderlich
                                                 UNITED STATES MAGISTRATE JUDGE