# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>        Plaintiff,<br><br>    v.<br><br>W.J. SULLIVAN, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-00114-AWI-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR ORDERS DIRECTING DEFENDANTS TO REPLY TO THE COMPLAINT AS MOOT<br>(Docs. 70 and 71)<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANTS SULLIVAN, EVANS, CARRASCO, PFEIL, GONZALEZ, BARAJAS, AND ORTIZ<br><br>(Docs. 68 and 72)<br><br>Unenumerated Rule 12(b) Motion<br>Deadline                - 07/17/2010<br>Deadline to Amend Pleadings  - 11/17/2010<br>Discovery Cut-Off Date       - 01/17/2011<br>Dispositive Motion Deadline   - 03/28/2011 |

    Plaintiff Willie Lee Carpenter is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On May 20, 2010 Plaintiff filed two Motions for a Court Order Directing Defendants W.J. Sullivan, S. Evans, M. Carrasco, A. Pfeil, J. Gonzalez, J. Barajas, and Ortiz to reply to Plaintiff's Complaint. (Docs. 70 and 71.)

    Defendants W.J. Sullivan, S. Evans, M. Carrasco, A. Pfeil, J. Gonzalez, J. Barajas, and Ortiz filed an answer to Plaintiff's First Amended Complaint on May 25, 2010. (Doc. 72.)

    A scheduling order was filed in this case on May 17, 2010. (Doc. 68.)

1  Accordingly, it is HEREBY ORDERED that application of the discovery and scheduling
2 order filed on May 17, 2010, is extended to Defendants W.J. Sullivan, S. Evans, M. Carrasco, A.
3 Pfeil, J. Gonzalez, J. Barajas, and Ortiz; and since Defendants W.J. Sullivan, S. Evans, M. Carrasco,
4 A. Pfeil, J. Gonzalez, J. Barajas, and Ortiz filed an answer to Plaintiff's First Amended Complaint,
5 Plaintiff's motions, filed May 20, 2010 (Docs. 70 and 71) are HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:   May 26, 2010**                           /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE