1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   WILLIE LEE CARPENTER,                    CASE NO. 1:07-cv-00114-AWI-SMS PC

10              Plaintiff,                   ORDER EXTENDING APPLICATION OF
                                            DISCOVERY AND SCHEDULING ORDER
11      v.                                  TO DEFENDANTS LITTON AND SALAZAR,
                                            AND AMENDING ORDER TO EXTEND
12   W. J. SULLIVAN, et al.,                RULE 12(B) MOTION DEADLINE TO
                                            AUGUST 31, 2010
13              Defendants.
                                            (Docs. 68 and 75)
14   _____ /

15

16       Plaintiff Willie Lee Carpenter, a state prisoner proceeding pro se and in forma pauperis, filed

17   this civil rights action pursuant to 42 U.S.C. § 1983 on January 22, 2007.  This action is proceeding

18   on Plaintiff's first amended complaint, filed September 17, 2008, against Defendants Evans, Pfeil,

19   Gonzales, Barajas, Carrasco, Sullivan, Ortiz, Litton, Salazar, and Martinez.[1]

20       On July 19, 2010, Defendants Litton and Salazar filed an answer to Plaintiff's amended

21   complaint.  Accordingly, application of the discovery and scheduling order filed May 17, 2010, is

22   HEREBY EXTENDED to Defendants Litton and Salazar, and the order is amended to extend the

23   deadline for filing an unenumerated Rule 12(b) motion to August 31, 2010.

24   IT IS SO ORDERED.

25   **Dated:    July 19, 2010**                    **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE
26

27   _____

28       [1] Defendant Martinez has not yet waived service or been personally served.  Defendants Evans, Pfeil,
     Gonzales, Barajas, Carrasco, Sullivan, and Ortiz previously answered the amended complaint.

1