1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9    WILLIE LEE CARPENTER,                        CASE NO. 1:07-cv-00114-AWI-GBC PC

10                        Plaintiff,              ORDER GRANTING IN PART PLAINTIFF'S
                                                  MOTION FOR EXHIBITS TO BE ENTERED
11        v.                                      ON THE DOCKET AND OTHER
                                                  MISCELLANEOUS RELIEF REQUESTED
12    W. J. SULLIVAN, et al.,                     (Doc. 86)

13                        Defendants.             ORDER DENYING AS DUPLICATIVE
                                                  PLAINTIFF'S MOTION FOR COPIES OF
14   _____   /          EXHIBITS
                                                  (Doc. 85)
15

16        Plaintiff Willie Lee Carpenter ("Plaintiff") is a state prisoner proceeding in forma pauperis

17   in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed an amended complaint on

18   September 17, 2008. On October 1, 2010 Plaintiff filed a motion requesting copies of exhibits that

19   Plaintiff states were submitted with his September 17, 2008 amended complaint.  Attached to

20   Plaintiff's October 1, 2010 motion is an affidavit attesting that Plaintiff had submitted exhibits "A"

21   through "O" with his amended complaint on September 17, 2008.  On October 18, 2010, Plaintiff

22   filed a motion requesting for the abovementioned exhibits to be entered on the Court's docket, for

23   such exhibits to be marked and for copies of the exhibits to be sent to Plaintiff and Defendants.

24   Attached to Plaintiff's October 18, 2010 motion is a copy of the exhibits he states were attached to

25   his amended complaint.

26        After careful review of the electronic and paper documents on file, the exhibits that Plaintiff

27   described in the amended complaint and referred to in Plaintiff's opposition to judgment on the

28   pleadings were not in the Court's file.  However, the Court now has received Plaintiff's exhibits

1

1    titled "A" through "O" in Plaintiff's October 18th "motion for exhibits to be entered on the Court's

2    docket."

3         Documents submitted with the complaint may be considered as part of the complaint for

4    purposes of a motion for judgment on the pleadings. Hal Roach Studios, Inc. V. Richard Feiner and

5    Co., 896 F.2d 1542, 1555 (9th Cir. 1990). Further, the court may consider the full text of documents

6    referred to in the complaint without converting the motion to a motion for summary judgment,

7    provided that the document is central to plaintiff's claim and no party questions the authenticity of

8    the document. Branch v. Tunnell, 14 F.3d 449, 454 (9th Cir. 1994). In light of the currently pending

9    motion for judgment on the pleadings and in considering Plaintiff's affidavit submitted on October

10   1, 2010 stating that Plaintiff submitted attached exhibits "A" through "O" to the amended complaint,

11   the Court will accept Plaintiff's copy submitted on October 18, 2010 and consider such exhibits as

12   attached with the September 17, 2008 amended complaint. However, the Court will not mark the

13   exhibits since it is unnecessary. Additionally, the court finds that the request in Plaintiff's motion

14   filed on October 1, 2010, is duplicative of relief requested in Plaintiff's motion filed on October 18,

15   2010 and therefore, the Court DENIES Plaintiff's October 1, 2010 motion (Doc. 85) for copies of

16   exhibits.

17        Based on the foregoing, it is HEREBY ORDERED that:

18        1.    Plaintiff's October 18, 2010 motion for exhibits to be entered on the Court's

19              docket (Doc. 86) is GRANTED in part to the extent that the Court will consider

20              the exhibits as attached to the September 2008 amended complaint and will order

21              copies of exhibits to be sent to Plaintiff and Defendants;

22        2.    Plaintiff's October 1, 2010 motion requesting copies of exhibits (Doc. 85) is

23              DENIED as duplicative;

24        3.    Plaintiff's request in his October 18, 2010 motion (Doc. 86) for the Court to mark

25              exhibits is DENIED;

26   ///

27   ///

28   ///

1    4.    The Clerk's office is DIRECTED to send to Plaintiff and Defendants a copy of

2          exhibits "A" through "O" attached on Plaintiff's October 18, 2010 motion (Doc.

3          86); and

4    5.    Within **fifteen (15) days** from the date of service of this order, the Defendants are

5          Directed to submit a statement to the Court indicating whether they wish to amend

6          their motion for judgment on the pleadings and amend their reply in light of the

7          recently docketed exhibits.

8

9  IT IS SO ORDERED.

10

   Dated:    December 14, 2010
11                                                    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3