# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W. . SULLIVAN, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00114-AWI-GBC (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DEPOSE PLAINTIFF BY VIDEO CONFERENCE<br>(Doc. 87) |

　　　Plaintiff Willie Lee Carpenter, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 22, 2007.  The scheduling order was issued on May 17, 2011 and this action is currently in the discovery phase.  On December 2, 2010, Defendants filed a motion seeking leave to depose Plaintiff by video conference.

　　　Defendants' motion is HEREBY GRANTED.

 IT IS SO ORDERED.

Dated:　　December 14, 2010　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1