KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
PHILLIP L. ARTHUR, State Bar No. 238339
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-0032
  Fax: (916) 324-5205
  E-mail: Phillip.Arthur@doj.ca.gov
*Attorneys for Defendants
Pfeil, Barajas, Ortiz, Gonzales, Salazar, Martinez,
and Litton*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **WILLIE LEE CARPENTER,**<br><br>                                    Plaintiff,<br><br>       v.<br><br>**W.J. SULLIVAN, et al.,**<br><br>                                    Defendants. | 1:07-cv-00114-AWI-GBC-PC<br><br>**STIPULATION TO REQUEST COURT TO REFER CASE TO PRO SE MEDIATION PROGRAM  ANDORDER** |

TO THE COURT IN THE ABOVE-CAPTIONED ACTION:

On May 19, 2011, defense counsel and Plaintiff had a telephone conversation at which time the parties agreed to request the Court to refer this case to the Prisoner Pro Se Mediation Program in order to explore a possible settlement of this case.  The parties also agree that should this case be referred to the Pro Se Mediation Program and the mediation is unsuccessful, the parties will maintain all their litigation rights, including taking the case to trial.

/ / /

/ / /

/ / /

1

As such the parties jointly request that the case be referred to the Pro Se Mediation Program to explore settlement in this case.

IT IS SO STIPULATED.

Date:_____

By: _____
Willie Lee Carpenter
Plaintiff in Pro Per

Date:_____

By: _____
Phillip L. Arthur
Deputy Attorney General
Attorneys for Defendants Pfeil, Barajas, Ortiz, Gonzales, Salazar, Martinez, and Litton

**ORDER**

Based on the foregoing stipulation, the Court refers this case to the Pro Se Mediation Program for a possible settlement of this case.

IT IS SO ORDERED.

Dated:  June 6, 2011          _____
                                CHIEF UNITED STATES DISTRICT JUDGE