# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER, | CASE NO. 1:07-cv-00114-AWI-GBC PC |
| Plaintiff, | ORDER REFERRING CASE TO THE ALTERNATE DISPUTE RESOLUTION (ADR) PROGRAM |
| v. | |
| W. J. SULLIVAN, et al., | |
| Defendants. | |

Plaintiff Willie Lee Carpenter, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 22, 2007. This action is proceeding on Plaintiff's first amended complaint filed September 17, 2008, against Defendants Pfeil, Gonzales, Barajas, Ortiz, Litton, Salazar, and Martinez.

On May 23, 2011, Plaintiff filed a motion for a court ordered mediation settlement conference. (Doc. 122). On June 1, 2011, Defendants filed a stipulation and proposed order requesting the court refer the case to the Pro Se Mediation program. (Doc. 123).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs motion for a settlement conference (Doc. 122) is GRANTED.

2. Pursuant to the parties stipulation (Doc. 123), this matter is referred to the court's Alternative Dispute Resolution (ADR) program for the scheduling of a settlement conference.

1

1      3. The Clerk of the Court is directed to serve a copy of this order on the ADR Program
2 Director, Sujean Park.

4 IT IS SO ORDERED.

5 Dated:    June 6, 2011

6                                   UNITED STATES MAGISTRATE JUDGE