1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIE LEE CARPENTER,
                                            CASE NO.: 1:07-cv-00114-AWI-GBC (PC)
12                    Plaintiff,
                                            ORDER STAYING CASE UNTIL
13         v.                               RESOLUTION OF PENDING SETTLEMENT
                                            CONFERENCE
14   W. J. SULLIVAN, et al.,

15                    Defendants.
     _____/
16

17

18         Plaintiff Willie Lee Carpenter, a state prisoner proceeding pro se and in forma pauperis, filed this

19   civil rights action pursuant to 42 U.S.C. § 1983 on January 22, 2007.

20         On June 1, 2011, Defendants filed a stipulation and proposed order requesting the court refer the

21   case to the Pro Se Mediation program.  (Doc. 123).  June 7, 2011, the Court referred the case to the

22   Alternate Dispute Resolution Program.  (Doc. 127).  A settlement conference is currently scheduled for

23   August 12, 2011.  Accordingly, IT IS HEREBY ORDERED that this action is stayed until after

24   resolution if the pending settlement conference.  Both parties are warned that the Court will strike any

25   subsequent motions unrelated to settlement if such motions are filed before the stay is lifted.

26   IT IS SO ORDERED.

27   Dated:    June 21, 2011                    _____
                                               UNITED STATES MAGISTRATE JUDGE
28

                                               1