1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9 | WILLIE LEE CARPENTER,        CASE NO. 1:07-cv-00114-AWI-GBC PC

10         Plaintiff,       ORDER AMENDING DISCOVERY AND SCHEDULING ORDER

11    v.

12   W. J. SULLIVAN, et al.,       

Discovery Cut-Off Date - 01/05/2012
Dispositive Motion Deadline - 02/06/2012

13         Defendants.

                                /

14

15      Plaintiff Willie Lee Carpenter, a state prisoner proceeding pro se and in forma pauperis, filed

16 this civil rights action pursuant to 42 U.S.C. § 1983 on January 22, 2007.  This action is proceeding

17 on Plaintiff's first amended complaint (Doc. 17), filed on September 17, 2008, against Defendants

18 A. Pfeil, J. Gonzalez, J. Barajas, Ortiz, A. Salazar, J. Martinez, Litton. (Docs. 21, 34, 44, 60, 65,

19 66).  The Court found that Plaintiff's first amended complaint stated cognizable claims for relief

20 under 42 U.S.C. § 1983 against Defendant Litton, Gonzales, Barajas and Ortiz for excessive force

21 on June 6, 2004, and against Defendants A. Salazar and J. Martinez for failing to protect Plaintiff,

22 in violation of the Eighth Amendment.  (Docs. 21, 60, 66).[1]

23      On May 6, 2011, the Court granted Defendants' motion to extend the deadline for discovery

24 and dispositive motions, setting the discovery deadline to July 15, 2011, and dispositive motions

25 deadline to October 12, 2011.  (Doc. 121).  As both parties were anticipating a settlement

26 conference, the Court stayed the case on June 21, 2011, until resolution of the pending settlement

27

28

---

[1] Defendants Sullivan, Evans and Carrasco were dismissed March 28, 2011.  (Doc. 110).

1

1  conference.  (Doc. 132).  On October 17, 2011, the Court lifted the stay since the parties did not

2  settle the case.  (Doc. 150).  As there are several discovery motions currently pending before the

3  Court, the Court will extend the discovery deadlines as follows:

4      1. The parties are advised that the deadline for the completion of all discovery, including

5          filing motions to compel, shall be 01/05/2012;

6      2. The deadline for filing pre-trial dispositive motions shall be 02/06/2012;

7      3. **A request for an extension of a deadline set in this order must be filed on or before**

8          **the expiration of the deadline in question**; and

9      4. **Extensions of time will only be granted on a showing of good cause.**

10

11  IT IS SO ORDERED.

12

13  Dated:    October 27, 2011    

14                                 UNITED STATES MAGISTRATE JUDGE