# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>W. J. SULLIVAN, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-00114-AWI-GBC PC<br><br>ORDER AMENDING DISCOVERY AND SCHEDULING ORDER<br><br>Discovery Cut-Off Date - 01/05/2012<br>Dispositive Motion Deadline - 02/06/2012 |

    Plaintiff Willie Lee Carpenter, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 22, 2007. This action is proceeding on Plaintiff's first amended complaint (Doc. 17), filed on September 17, 2008, against Defendants A. Pfeil, J. Gonzalez, J. Barajas, Ortiz, A. Salazar, J. Martinez, Litton. (Docs. 21, 34, 44, 60, 65, 66). The Court found that Plaintiff's first amended complaint stated cognizable claims for relief under 42 U.S.C. § 1983 against Defendant Litton, Gonzales, Barajas and Ortiz for excessive force on June 6, 2004, and against Defendants A. Salazar and J. Martinez for failing to protect Plaintiff, in violation of the Eighth Amendment. (Docs. 21, 60, 66).[1]

    On May 6, 2011, the Court granted Defendants' motion to extend the deadline for discovery and dispositive motions, setting the discovery deadline to July 15, 2011, and dispositive motions deadline to October 12, 2011. (Doc. 121). As both parties were anticipating a settlement conference, the Court stayed the case on June 21, 2011, until resolution of the pending settlement

---

[1] Defendants Sullivan, Evans and Carrasco were dismissed March 28, 2011. (Doc. 110).

1

conference. (Doc. 132). On October 17, 2011, the Court lifted the stay since the parties did not settle the case. (Doc. 150). As there are several discovery motions currently pending before the Court, the Court will extend the discovery deadlines as follows:

1. The parties are advised that the deadline for the completion of all discovery, including filing motions to compel, shall be 01/05/2012;
2. The deadline for filing pre-trial dispositive motions shall be 02/06/2012;
3. **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question**; and
4. **Extensions of time will only be granted on a showing of good cause.**

IT IS SO ORDERED.

Dated:   October 27, 2011

UNITED STATES MAGISTRATE JUDGE