# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

WILLIE LEE CARPENTER,

      Plaintiff,

    v.

W. J. SULLIVAN, et al.,

      Defendants.

_____/

CASE NO.: 1:07-cv-00114-AWI-GBC (PC)

ORDER DENYING MOTIONS FOR LEAVE TO DEPOSE DEFENDANTS AND DENYING MOTION FOR LEAVE TO DEPOSE WITNESS

(Docs. 108, 109, 130)

Plaintiff Willie Lee Carpenter, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 22, 2007.  This action is proceeding on Plaintiff's first amended complaint (Doc. 17), filed on September 17, 2008, against Defendants A. Pfeil, J. Gonzalez, J. Barajas, Ortiz, A. Salazar, J. Martinez, Litton.  (Docs. 59, 65, 66).[1]  On March 22, 2011, Plaintiff filed a motion for leave to depose Defendants and a motion to depose Defendants through video conference.  (Docs. 108, 109).  On June 13, 2011, Plaintiff filed a motion for leave to depose a witness. (Doc. 130).

      Plaintiff is cautioned that he must be able to pay the costs associated with conducting the deposition, including compensating an officer to conduct the deposition.  Fed. R. Civ. P. 30(b)(3), (5); *see also* Fed. R. Civ. P. 31(b).  The in forma pauperis statute does not entitle Plaintiff to relief from the

---

[1] Defendants Sullivan, Evans and Carrasco were dismissed March 28, 2011.  (Doc. 110).

costs associated with conducting his own discovery.  28 U.S.C. § 1915.

Accordingly, Plaintiff's motions for leave to depose Defendants are HEREBY DENIED, without prejudice.  If Plaintiff is able to make an offer of proof that he is willing and able to pay the costs associated with deposing Defendants, he may renew his motion within thirty days from the date of service of this order.


IT IS SO ORDERED.

Dated:   October 31, 2011

UNITED STATES MAGISTRATE JUDGE