UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIE LEE CARPENTER,

            Plaintiff,

   v.

W. J. SULLIVAN, et al.,

            Defendants.
_____/

CASE NO.: 1:07-cv-00114-AWI-GBC (PC)

ORDER DENYING MOTION TO COMPEL ADMISSIONS AND PRODUCTION OF DOCUMENTS

(Doc. 114)

Plaintiff Willie Lee Carpenter, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 22, 2007. This action is proceeding on Plaintiff's first amended complaint (Doc. 17), filed on September 17, 2008, against Defendants A. Pfeil, J. Gonzalez, J. Barajas, Ortiz, A. Salazar, J. Martinez, Litton. (Docs. 59, 65, 66).[1] On March 18, 2011, Plaintiff filed a motion to compel admissions from the Defendants and for production of documents. (Doc. 114).

It appears that Plaintiff submits this motion to the Court without first submitting said requests to the Defendants. (Doc. 114). Discovery is self-executing until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Interrogatories, requests for admissions, requests for production of documents, and responses

---

[1] Defendants Sullivan, Evans and Carrasco were dismissed March 28, 2011. (Doc. 110).

1

thereto shall not be filed with the court until there is a proceeding in which the document or proof of service is at issue. Such documents are to be served on the opposing party, and not with the court. Local Rule 250.2 through 250-5.

      Plaintiff must first request discovery from Defendants and if Defendants fail to make a disclosure required by Rule 26(a) of the Federal Rules of Civil Procedure, then Plaintiff may seek a motion to compel. See Fed. R. Civ. P. 37(a)(1) & (a)(3)(A).

      Accordingly, Plaintiff's motion to compel is DENIED as premature.

IT IS SO ORDERED.

Dated:   October 31, 2011

UNITED STATES MAGISTRATE JUDGE

2