UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER, | CASE NO.: 1:07-cv-00114-AWI-GBC (PC) |
| Plaintiff, | |
| v. | ORDER DENYING AS DUPLICATIVE PLAINTIFF'S MOTION TO COMPEL |
| W. J. SULLIVAN, et al., | (Doc. 125) |
| Defendants. | |

Plaintiff Willie Lee Carpenter, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 22, 2007. This action is proceeding on Plaintiff's first amended complaint (Doc. 17), filed on September 17, 2008, against Defendants A. Pfeil, J. Gonzalez, J. Barajas, Ortiz, A. Salazar, J. Martinez, Litton. (Docs. 21, 34, 44, 60, 65, 66).[1]  On January 24, 2011, Plaintiff filed a motion to compel. (Doc. 98). On June 6, 2011, Plaintiff filed a renewed motion to compel that is substantively the same as the one filed on January 24, 2011 (Doc. 98). (Doc. 125). On October 27, 2011, the Court denied Plaintiff's January 24, 2011, motion to compel with leave to amend. (Doc. 152).

Plaintiff was advised on how to correct the deficiencies of his motion to compel in the Court's order filed on October 27, 2011. (Doc. 152). Given that Plaintiff's motion to compel filed June 6, 2011,

---

[1] Defendants Sullivan, Evans and Carrasco were dismissed March 28, 2011. (Doc. 110).

1

1 is substantively the same as the one recently addressed by the Court, the Court DENIES Plaintiff's
2 motion to compel filed on June 6, 2011, as duplicative.  (Doc. 125).

4 IT IS SO ORDERED.

Dated:     November 3, 2011

UNITED STATES MAGISTRATE JUDGE