UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>W. J. SULLIVAN, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO.: 1:07-cv-00114-AWI-GBC (PC)<br><br>ORDER REQUIRING DEFENDANTS TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR SUBPOENAS<br><br>(Doc. 129)<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff Willie Lee Carpenter, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 22, 2007. This action is proceeding on Plaintiff's first amended complaint (Doc. 17), filed on September 17, 2008, against Defendants A. Pfeil, J. Gonzalez, J. Barajas, Ortiz, A. Salazar, J. Martinez, Litton. (Docs. 21, 34, 44, 60, 65, 66).[1] On June 13, 2011, Plaintiff filed a motion for subpoenas. (Doc. 129). On June 21, 2011, the Court stayed the case until resolution of pending settlement conference. (Doc. 132). On October 17, 2011, the Court lifted the stay. (Doc. 150).

　　　　Defendants were required to file an opposition or a statement of non-opposition to the motion within twenty-one days of Plaintiff's motion for subpoenas filed on June 13, 2011, but has not done so.

---

[1] Defendants Sullivan, Evans and Carrasco were dismissed March 28, 2011. (Doc. 110).

1

1  Local Rule 78-230(m).  Accordingly, within **thirty (30) days** from the date of service of this order,
2  Defendants must file an opposition or a statement of non-opposition to Plaintiff's motion for subpoenas
3  filed on June 13, 2011.  (Doc. 129).

5  IT IS SO ORDERED.

   Dated:   November 3, 2011
7                                                                                  UNITED STATES MAGISTRATE JUDGE