UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>            Plaintiff,<br><br>     v.<br><br>W. J. SULLIVAN, et al.,<br><br>            Defendants.<br>_____/ | CASE NO.: 1:07-cv-00114-AWI-GBC (PC)<br><br>NOTICE OF ERRATUM<br><br>Doc. 168 |

The Court's order filed on December 20, 2011 (Doc. 168), is amended at page 1, line 14 and at page 2, line 20 to reflect that the document number should read as 129 rather than 167.  Although the order cited to Defendants' opposition to Plaintiff's motion for subpoena, the Court's order intended to deny as moot Plaintiff's motion for subpoena filed on June 13, 2011.  (Doc. 129).

IT IS SO ORDERED.

Dated:   January 17, 2012                                              _____
                                                                                            UNITED STATES MAGISTRATE JUDGE

1