UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>W.J SULLIVAN, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:07-cv-00114-AWI-GBC<br><br>ORDER PERMITTING PLAINTIFF OPPORTUNITY TO WITHDRAW OPPOSITION AND FILE AMENDED OPPOSITION IN LIGHT OF SEPARATELY-ISSUED SUMMARY JUDGMENT NOTICE<br><br>(Doc. 147; Doc. 187)<br><br>TWENTY-ONE DAY DEADLINE |

I.　　**Procedural History and *Woods v. Carey***

　　Plaintiff Willie Lee Carpenter ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 10, 2008, the Court issued a second informational order, advising Plaintiff that Defendants may file a motion for summary judgment and how Plaintiff must oppose the motion in order to avoid dismissal, pursuant to *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998). Doc. 23-1. On October 12, 2011, Defendants filed a motion for summary judgment. Doc. 147. On February 21, 2012, Plaintiff filed an opposition to the motion for summary judgment. Doc. 179. On February 23, 2012, Defendants filed a Reply to Plaintiff's opposition. Doc. 180. On April 13, 2012, Plaintiff filed a notice of erratum regarding Plaintiff's statement of disputed facts. Doc. 181. On July 20, 2012, Defendants file a notice pursuant to *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998). Doc. 187.

On July 6, 2012, the Ninth Circuit found that the notice and warning of requirements for opposing a defendant's motion for summary judgment should be issued contemporaneously when a defendant files a motion for summary judgment, as opposed to a year or more in advance. *Woods v. Carey*, --- F.3d ---, 2012 WL 2626912, at * 4 (9th Cir. Jul. 6, 2012).  In order to address the time delay between providing notice and the filing of Defendants' motion, Defendants filed a notice to Plaintiff, in accordance with *Woods*.

**II.     Plaintiff has Option to (1) Stand on Existing Opposition to Motion for Summary Judgment or (2) File Amended Opposition Per Amended Second Informational Order**

In light of the separately-issued notice pursuant to *Woods*, the Court will provide Plaintiff with two options upon receipt of this order.  Plaintiff may either: 1) <u>stand</u> on his previously-filed opposition; or 2) <u>withdraw</u> the existing opposition and <u>file an amended</u> opposition.

Accordingly, it is HEREBY ORDERED that:

1. Within **twenty-one (21) days** from the date of service of this order, Plaintiff may elect to:

    a.     <u>Stand</u> on his existing opposition already submitted to the Court; or

    b.     <u>Withdraw</u> his opposition and <u>file an amended</u> opposition;

2. If Plaintiff does not elect to file an amended opposition in response to this order within **twenty-one (21) days**, the Court will consider his existing opposition in resolving Defendants' motion for summary judgment;

3. If Plaintiff elects to file an amended opposition, the Court will not consider Defendants' existing reply; and

4. Defendants may file an amended reply pursuant to Local Rule 230(l).

IT IS SO ORDERED.

Dated:     August 3, 2012

UNITED STATES MAGISTRATE JUDGE