# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>            Plaintiff,<br><br>      v.<br><br>W.J. SULLIVAN, et al.,<br><br>            Defendants. | Case No.  1:07-cv-00114-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT CLERICAL ERROR<br><br>(ECF No. 193) |

Plaintiff Willie Lee Carpenter ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 22, 2007.  On June 17, 2009, the Court issued a findings and recommendations recommending to deny Defendants' motion for summary judgment. (ECF No. 191.)  On July 19, 2013, Plaintiff filed a motion for relief from clerical error.  (ECF No. 193.)  Due to inadvertent clerical error, the Court now corrects its original findings and recommendation. Fed. R. Civ. P. 60(a).  Page one, line twenty, should state that this action was filed on January 22, 2007 rather than April 16, 2009.  Page seven, line, four should state Defendants Barajas and Ortiz rather than Defendants Salazar and Jones.  Due to the immateriality of these corrections, no additional objection period is required.  Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion to correct clerical error is GRANTED.

IT IS SO ORDERED.

Dated:  **July 26, 2013**

UNITED STATES MAGISTRATE JUDGE

1