UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>            Plaintiff,<br><br>      v.<br><br>W.J. SULLIVAN, et al.,<br><br>            Defendants. | Case No.: 1:07-cv-00114-AWI-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO NOTIFY COURT WHETHER HE WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION WITHIN FOURTEEN DAYS<br><br>ORDER DIRECTING CLERK OF COURT TO SEND CONSENT FORM TO PLAINTIFF |

  Following resolution of Defendants' motion for summary judgment, this action is proceeding against Defendants Litton, Gonzales, and Pfeil for excessive force in violation of the Eighth Amendment and against Defendants Barajas, Ortiz, Salazar, and Martinez, for failure to protect Plaintiff in violation of the Eighth Amendment.  This action is currently ready to be set for trial. Plaintiff declined Magistrate Judge jurisdiction on February 12, 2007, and Defendants consented to Magistrate Judge jurisdiction on May 19, 2009.

  This Court's Fresno Division carries one of the heaviest U.S. District Judge caseloads in the nation.  Although this Court uses its best efforts to resolve civil cases timely, this Court is at times unable to meet the parties needs and expectations.  With multiple trials set on the same date, cases trail until the assigned District Judge becomes available.  As required by law, this Court gives criminal cases priority over civil trials and other matters.  This court must proceed with criminal trials even if a civil action is older or its trial was set earlier.  If multiple trials are scheduled to begin on the same day, trial in this civil action will trail day to day or week to week until completion of any criminal case or older civil case.  Moreover, trial in this civil action is subject to suspension mid-trial to accommodate criminal cases.

The undersigned's current trial schedule does not allow for trial proceedings in this action to begin until April 2014, at the earliest.  Given this Court's extraordinarily high case load, the Court has United States Magistrate Judges conduct trials in civil rights action concerning prisoner cases on a regular basis.  The schedules of Magistrate Judges are far less demanding than those of District Judges and having a Magistrate Judge preside over the trial makes it far more likely a case will proceed at an earlier trial date, and the trial will not be delayed by other matters.  Magistrate Judge Stanley A. Boone is available to conduct all proceedings in this action, including entry of final judgment, pursuant to 28 U.S.C. § 636(c), Federal Rules of Civil Procedure 73, and Local Rule 305.  The same jury pool is used by Magistrate Judges and District Judges.  An appeal from Magistrate Judge proceedings is taken directly to the Ninth Circuit Court of Appeals when the parties consent to Magistrate Judge jurisdiction.  While consenting to Magistrate Judge jurisdiction will most likely expedite resolution of this action, you are hereby advised that no adverse substantive consequences will result if you withhold consent.

The Court shall direct the Clerk of the Court to provide Plaintiff with a consent/decline form.  Within **fourteen (14) days** from the date of service of this order, Plaintiff shall inform the Court whether he will consent to or decline Magistrate Judge jurisdiction by filling out the forms and returning them to the Court.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to send Plaintiff the consent/dcline to Magistrate Judge jurisdiction form; and

2. Within **fourteen (14) days** from the date of service of this order, Plaintiff is ORDERED to notify the Court whether he will consent to Magistrate Judge jurisdiction by filling out the enclosed form and returning it to the Court.

IT IS SO ORDERED.

Dated: November 22, 2013

SENIOR  DISTRICT  JUDGE

2