UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>            Plaintiff,<br><br>      v.<br><br>W.J. SULLIVAN, et al.,<br><br>            Defendants. | Case No.: 1:07-cv-00114-AWI-SAB (PC)<br><br>ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE<br><br>[ECF Nos. 47 & 203] |

Plaintiff Willie Lee Carpenter is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Following resolution of Defendants' motion for summary judgment, this action is proceeding against Defendants Litton, Gonzales, and Pfeil for excessive force in violation of the Eighth Amendment and against Defendants Barajas, Ortiz, Salazar, and Martinez, for failure to protect Plaintiff in violation of the Eighth Amendment.  This action is currently ready to be set for trial. Plaintiff declined Magistrate Judge jurisdiction on February 12, 2007, and Defendants consented to Magistrate Judge jurisdiction on May 19, 2009.

On December 12, 2013, Plaintiff consented to Magistrate Judge jurisdiction.  (ECF NO. 203.)

In light of the fact that Plaintiff and Defendants have voluntarily consented to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED that:

1. This action is assigned to United States Magistrate Judge Stanley A. Boone for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

2. The Clerk of the Court is directed to reassign this action in its entirety to United States Magistrate Judge Stanley A. Boone; and

3. The new case number shall be 1:07-00114-SAB (PC).

IT IS SO ORDERED.

Dated:   December 16, 2013                         _____
                                                   SENIOR  DISTRICT  JUDGE