UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W.J. SULLIVAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:07-cv-00114-SAB (PC)<br><br>ORDER SETTING SCHEDULING CONFERENCE |

　　　Plaintiff Willie Lee Carpenter is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　Following resolution of Defendants' motion for summary judgment, this action is proceeding against Defendants Litton, Gonzales, and Pfeil for excessive force in violation of the Eighth Amendment and against Defendants Barajas, Ortiz, Salazar, and Martinez, for failure to protect Plaintiff in violation of the Eighth Amendment.

　　　On December 17, 2013, the District Court Judge assigned this action to the undersigned following the parties' consent to Magistrate Judge jurisdiction. (ECF No. 204.) This action is now ready to be set for trial. In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

///

///

1

Accordingly,

IT IS HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on **December 19, 2013, at 9:30 a.m.**, in Courtroom 9 before the undersigned;

2. Counsel for Defendants is directed to arrange for telephone contact with Plaintiff; and

3. Counsel for Defendants is directed to contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated:   **December 18, 2013**

UNITED STATES MAGISTRATE JUDGE