# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>W.J. SULLIVAN, et al.,<br><br>    Defendants. | Case No.: 1:07-cv-00114-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S ORAL MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR SANCTIONS |

Plaintiff Willie Lee Carpenter is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 29, 2013, the Court conducted a telephonic hearing for purposes of setting a trial date in this matter. The case is currently set for jury trial on March 18, 2014, before the undersigned.

On November 25, 2013, Plaintiff filed a motion for imposition of sanctions against Defendants. Defendants filed an opposition on December 11, 2013. Pursuant to Local Rule 230(l), a reply within seven days from the filing of the opposition, with consideration of the prison mailbox rule.

///

///

///

///

///

1

1  At the hearing, Plaintiff made an oral motion for an extension of time to file a reply to
2 Defendants' opposition.  The Court granted the motion, and Plaintiff has until **December 31, 2013**, to
3 file a reply to Defendants' opposition to his motion for imposition of sanctions.

5 IT IS SO ORDERED.

6  Dated:  **December 20, 2013**
7                                                                          UNITED STATES MAGISTRATE JUDGE

2