UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>W.J. SULLIVAN, et al.,<br><br>    Defendants. | Case No.: 1:07-cv-00114- SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STAY AND DENYING REQUEST FOR LEAVE TO SEEK DISCOVERY<br><br>[ECF Nos. 229, 230, 231] |

Plaintiff Willie Lee Carpenter is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 18, 2014, Plaintiff filed a motion to stay the case pending appointment of counsel, along with a motion for leave to seek discovery.

**I.    Motion for Stay**

Plaintiff seeks a stay in anticipation of representation by counsel in this case. Plaintiff's request must be denied without prejudice. As stated at the telephonic pretrial hearing conference on February 19, 2014, as of this date, the Court has not received any filing by an attorney attempting to represent Plaintiff in this action. Absent such a request, the Court will not stay the proceeding in anticipation of Plaintiff's representation by counsel at some unknown date. Thus, Plaintiff's motion for stay shall be denied without prejudice.

///

**II.     Motion for Leave to Seek Discovery**

Plaintiff seeks to discovery several documents by way of discovery requests to Defendants.  As Plaintiff as advised at the telephonic pretrial conference hearing on February 19, 2014, the discovery deadline expired on January 5, 2012.  (ECF No. 153.), which predates Plaintiff's references to the failure of Defendants to respond to his prior requests.

On February 17, 2012, the Court denied Plaintiff's request for additional time to conduct discovery as untimely.  (ECF NO. 177.)

Plaintiff's attempt now on the eve of trial, to conduct discovery responses from Defendant is clearly untimely and there is no good cause shown, and his motion must be denied.

Based on the foregoing,

IT IS HEREBY ORDERED that:

1.     Plaintiff's motion for a stay is DENIED without prejudice; and

2.     Plaintiff's motion for leave to seek discovery is DENIED.

IT IS SO ORDERED.

Dated:   **February 20, 2014**

UNITED STATES MAGISTRATE JUDGE