UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W.J. SULLIVAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:07-cv-00114- SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO SEEK DISCOVERY<br><br>[ECF No. 242] |

　　　Plaintiff Willie Lee Carpenter is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case was filed on January 22, 2007, and Defendants filed an answer to the complaint on May 25, 2010.

　　　Now pending before the Court is Plaintiff filed a motion for leave to seek discovery, filed on February 21, 2014. Plaintiff's motion must be denied.

　　　As Plaintiff was advised at the telephonic pretrial conference hearing on February 19, 2014, the discovery deadline expired on January 5, 2012. (ECF No. 153.) In addition, on February 17, 2012, the Court denied Plaintiff's request for additional time to conduct discovery as untimely. (ECF NO. 177.)

　　　The Court initially opened the discovery phase of this action by order on May 17, 2010. (ECF No. 68.) On October 27, 2011, the Court extended the discovery deadline to January 5, 2012. (ECF No. 153.) Thus, Plaintiff had ample time to conduct and complete discovery, and Plaintiff was

1  advised repeatedly of the deadline for completion of all discovery and that extensions of time would
2  only be granted upon a showing of good cause. (ECF Nos. 68 & 153.) Plaintiff's attempt now on the
3  eve of trial, to conduct discovery responses from Defendant is clearly untimely and there is no good
4  cause shown, and his motion must be DENIED.

6  IT IS SO ORDERED.

7  Dated:   **February 25, 2014**

   UNITED STATES MAGISTRATE JUDGE