UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>  Plaintiff,<br><br>  v.<br><br>W.J. SULLIVAN, et al.,<br><br>  Defendants. | Case No.: 1:07-cv-00114- SAB (PC)<br><br>ORDER VACATING WRITS OF TRANSPORTATION FOR MARCH 18, 2014, AS TO INMATES SEAN RICHSON, ANTOINE WILLIAMS, TROY WATTS, AND MARK LEWIS |

Plaintiff Willie Lee Carpenter is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

It is hereby necessary to vacate the writs of transportation issued February 21, 2014, as to Inmates Sean Richson, Antoine Williams, Troy Watts, and Mark Lewis.  The Court will re-issue all necessary writs of transportation in due course.

IT IS SO ORDERED.

Dated:  **March 3, 2014**

UNITED STATES MAGISTRATE JUDGE

1