UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>  Plaintiff,<br><br>  v.<br><br>W.J. SULLIVAN, et al.,<br><br>  Defendants. | Case No.: 1:07-cv-00114- SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT TO ADOPT AND ACCEPT PLAINTIFF'S AUTHENTICATION OF DOCUMENTATIONS IN THE EXHIBITS<br><br>[ECF No. 243] |

Plaintiff Willie Lee Carpenter is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 3, 2014, the Court held a telephonic hearing regarding the pending motions in limine, preceding the trial currently set for March 18, 2014, and March 25, 2014.

At the hearing, the Court denied Plaintiff's motion for the Court to adopt and accept his authentication of documentations in the exhibits. As stated on the record, the Plaintiff failed to properly reference the exhibits he sought to authenticate with the proposed trial exhibit number as set forth in the Court's Trial Scheduling Order dated December 20, 2013. ECF No. 208. However, based upon the Plaintiff's statement at the hearing of his intent with the motion, the Court construed his motion as a request to admit his evidence at trial. Based upon this request, Plaintiff's motion is denied as set forth on the record and in the Court's written ruling on Defendants' Motion in Limine regarding the admissibility of such exhibits. (ECF No. 246). Plaintiff is re-advised, any exhibits not excluded

1 by way of the ruling on Defendants' motion in limine, admissibility of such exhibits is dependent on
2 the proper foundation established at trial.   Accordingly, Plaintiff's motion is denied without prejudice,
3 to renewal at trial if a proper evidentiary foundation as to the particular exhibit he seeks to admit is
4 established.

7 IT IS SO ORDERED.

8 Dated:   **March 6, 2014**

UNITED STATES MAGISTRATE JUDGE