UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>      Plaintiff,<br><br>  v.<br><br>W.J. SULLIVAN, et al.,<br><br>      Defendants. | Case No.: 1:07-cv-00114- SAB (PC)<br><br>SECOND AMENDMENT TO PRETRIAL ORDER DATED FEBRUARY 20, 2014<br><br>[ECF No. 234] |

    Plaintiff Willie Lee Carpenter is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    The Pretrial Order issued February 20, 2014, is amended to reflect, at Plaintiff's request and without objection by Defendants, that this action is proceeding against Defendants Litton, Gonzales, Barajas, and Ortiz for excessive in violation of the Eighth Amendment on June 6, 2004.

    <u>All other provisions of the Court's Pretrial Order filed February 20, 2014, remain in full force and effect</u>.

IT IS SO ORDERED.

Dated:   **March 6, 2014**           _____

                                                     UNITED STATES MAGISTRATE JUDGE