FILED

MAR 18 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER | Case No.  1:07-cv-00114-SAB (PC) |
| Plaintiff, | ORDER THAT INMATE JOHN VELLA IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |
| v. | |
| J. GONZALEZ, et.al., | |
| Defendants. | |

A jury trial in this matter commenced on March 18, 2014, and inmate John Vella C.D.C.R. Inmate No. J-22392, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: March 18, 2014

_____
UNITED STATES MAGISTRATE JUDGE

1