FILED

MAR 18 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>Plaintiff,<br><br>v.<br><br>A. PFEIL, et.al.,<br><br>Defendants. | Case No. 1:07-cv-00114-SAB (PC)<br><br>ORDER REQUIRING PRODUCTION OF INMATE WITNESS BRIAN DECOUD FOR TRIAL ON MARCH 25, 2014 AT 8:00 A.M. |

Inmate Brian Decoud, CDCR Inmate No. J-73609, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California, Courtroom Number 6, Sixth Floor, at 8:00 a.m. on Tuesday, March 25, 2014, and from day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

DATED: 3/18/14

_____
UNITED STATES MAGISTRATE JUDGE

1