

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

WILLIE LEE CARPENTER,

       Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:07-cv-00114-SAB (PC)

J. GONZALEZ, et al,

       Defendants.
_____/

    JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANTS J. GONZALEZ, J. BARAJAS, ORTIZ, AND LITTON and against PLAINTIFF WILLIE LEE CARPENTER.

DATED: March 19, 2014

                                            MARIANNE MATHERLY, Clerk

                                        By: _____
                                                    Deputy Clerk