FILED

MAR 25 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>             Plaintiff,<br><br>      v.<br><br>A. PFEIL, et.al.,<br><br>             Defendants. | Case No. 1:07-cv-00114-SAB (PC)<br><br>ORDER THAT INMATE **MARK LEWIS** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A jury trial in this matter commenced on March 25, 2014, inmate Mark Lewis C.D.C.R. Inmate No. H-23254, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 3/25/14

_____
UNITED STATES MAGISTRATE JUDGE

1