FILED

MAR 25 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER<br><br>Plaintiff,<br><br>v.<br><br>A. PFEIL, et.al.,<br><br>Defendants. | Case No. 1:07-cv-00114-SAB (PC)<br><br>ORDER THAT INMATE **ANTOINE WILLIAMS** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A jury trial in this matter commenced on March 25, 2014, inmate Antoine Williams C.D.C.R. Inmate No. T-29591, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 3/25/14

_____
UNITED STATES MAGISTRATE JUDGE