

FILED

MAR 26 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

WILLIE LEE CARPENTER,

        Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**
1:07-cv-00114-SAB (PC)

A. PFEIL, et al.

        Defendants.
_____/

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANTS A. PFEIL, A. SALAZAR and J. MARTINEZ and against PLAINTIFF WILLIE LEE CARPENTER.

DATED:  March 26, 2014

                                        MARIANNE MATHERLY, Clerk

                                        By: _____
                                                Deputy Clerk