FILED

MAR 26 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. PFEIL, et.al.,<br><br>　　　　　Defendants. | Case No. 1:07-cv-00114-SAB (PC)<br><br>ORDER THAT INMATE **WILLIE LEE CARPENTER** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A jury trial in this matter commenced on March 25, 2014, inmate Willie Lee Carpenter C.D.C.R. Inmate No. P-41777, is no longer needed by the Court as a Plaintiff in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 3/26/14                           _____
                                          UNITED STATES MAGISTRATE JUDGE

1