**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**
**(Fresno Division)**

MAR 26 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NAME:** *Willie Lee. CARpenter vs A. Pfeil*

**CASE NUMBER:** *1:07 cv 114 SAB (PC)*

**Retrieval:**
Pursuant to Local Rule 138(f) of Eastern District of California, the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the defendant, **irrespective of who used, reference or admitted the exhibit at trial**.

Additionally, in the case of admitted exhibits, the defendant's counsel shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case.

**Retention:**
The defendant's counsel shall retain possession of and keep safe and in a secure location all exhibits, used, referenced and/or admitted at trial, until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

DATED: *3/26/2014*

*Stanley A. Boone*
STANLEY A. BOONE
United States Magistrate Judge

I hereby acknowledge receipt of exhibits used, referenced and admitted by me at trial and I shall retain such exhibits in accordance with the retention section, described above.

**DATE EXHIBITS RETURNED:** *3-26-2014*

Plaintiff: *Willie Lee Carpenter.*

Plaintiff's Signature: _____

**DATE EXHIBITS RETURNED:** *3-26-2014*

Defendant's Counsel: *Monica Anderson*

Defendant's Counsel Signature: *M Anderson*

**This document certifies that the above referenced exhibits were returned.**

DATED: *3-26-2014*

*M Hernandez*
MAMIE HERNANDEZ
Courtroom Clerk

Civil Rights Case
Revised March 2014