# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>  Plaintiff,<br><br>  v.<br><br>A. PFEIL, et al.,<br><br>  Defendants. | Case No.: 1:07-cv-00114- SAB (PC)<br><br>ORDER DENYING AS MOOT DEFENDANT'S ORAL MOTIONS PURSUANT TO RULE 50 AND 12(B)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

This case proceeded to jury trial on March 25, 2014, and judgment was rendered in favor of Defendants Pfeil, Martinez, and Salazar.  Accordingly, Defendants' oral motions pursuant to Rules 50 and 12(b)(1) of the Federal Rule of Civil Procedure are DENIED as MOOT.

IT IS SO ORDERED.

Dated:  **March 28, 2014**

UNITED STATES MAGISTRATE JUDGE

1