**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIE LEE CARPENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W.J. SULLIVAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:07-cv-00114-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR CLARIFICATION REGARDING PAYMENT OF FILING FEE<br><br>[ECF No. 332] |

　　Plaintiff Willie Lee Carpenter filed the instant action pursuant to 28 U.S.C. 1983 on January 22, 2007, and was granted in forma pauperis status.

　　This case proceeded to jury trial and judgment was entered in favor of all Defendants. Plaintiff filed a notice of appeal and the case was affirmed on appeal.

　　On January 3, 2017, Plaintiff filed a request for clarification regarding the financial payment collected for this case and case no. 1:07-cv-00029-OWW-SMS (PC), Carpenter v. Sullivan, et al.

　　Plaintiff contends that there appears to certain payments which were rescinded from his trust account, and Plaintiff requests a copy of the financial statements from both of his cases. Plaintiff's request is granted, and the Clerk of Court shall mail Plaintiff a copy of his financial statements in this case and case no. 1:07-cv-00029-OWW-SMS (PC).

IT IS SO ORDERED.

Dated: __March 7, 2017__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1