| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE CARPENTER, | ) Case No. 1:07-cv-00114-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER DENYING PLAINTIFF'S REQUEST TO RESCIND FILING FEE OVERPAYMENT |
| W.J. SULLIVAN, et al., | ) [ECF No. 334] |
| Defendants. | ) |

Plaintiff, Willie Lee Carpenter, filed the instant action pursuant to 42 U.S.C. § 1983 on January 22, 2007, and was granted in forma pauperis status on March 12, 2007.

On March 26, 2014, following a jury trial, judgment was entered in favor of all Defendants. (ECF No. 308.) Plaintiff filed a notice of appeal on

On September 29, 2017, Plaintiff filed a request for the Court to rescind the filing fee overpayment.

A review of the Court's financial records indicates that $8.16 was receipted as an overpayment and then transferred towards the outstanding appeal debt. A $40.00 payment was reapplied, $10 towards this case and $30 towards case number 1:07-cv-00029-OWW-SMS, per the prison. Plaintiff's civil filing fee has been paid in full, but there is presently an outstanding appeal balance of $369.87.

///

///

1

Accordingly, there is no outstanding overpayment that is due to Plaintiff, and his request to rescind the filing fee overpayment is denied.

IT IS SO ORDERED.

Dated: __**January 16, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE